USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

    Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD, et al.,

    Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic status conference held on November 21, 2019, it is hereby ORDERED that:

1. Defendants' Answer to plaintiffs' Third Amended Complaint is due **December 31, 2019**.

2. No later than **November 27, 2019**, the parties shall file a joint letter advising the Court whether and when they believe a judicially-supervised settlement conference would be productive. Judge Moses ordinarily conducts settlement conferences Monday through Thursday afternoons, commencing at 2:15 p.m., and requires the parties as well as their counsel to attend in person.

Dated: New York, New York
      November 21, 2019

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**