UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUBLELINE CAPITAL LP; DOUBLELINE INCOME SOLUTIONS FUND; and DOUBLELINE FUNDS TRUST (on behalf of its: 1) DOUBLELINE CORE FIXED INCOME FUND SERIES; 2) DOUBLELINE EMERGING MARKETS FIXED INCOME FUND SERIES; and 3) DOUBLELINE SHILLER ENHANCED CAPE® SERIES),<br><br>                              Plaintiffs,<br><br>        v.<br><br>CONSTRUTORA NORBERTO ODEBRECHT, S.A.; ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A. and ODEBRECHT, S.A.,<br><br>                              Defendants. | Case No. 1:17-cv-4576-GHW |

## MEMO IN SUPPORT OF MOTION FOR
## <u>WITHDRAWAL AS COUNSEL OF RECORD</u>

Pursuant to Local Civil Rule 1.4, the undersigned respectfully requests the withdrawal of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") as counsel of record for Defendants Construtora Norberto Odebrecht ("CNO"), Odebrecht Engenharia e Construção ("OEC"), and Odebrecht S.A. ("OSA"), and that Michael B. Carlinsky, Eric C. Lyttle, Michael E. Liftik, and Jacob J. Waldman be withdrawn as counsel of record for CNO, OEC, and OSA. Because Victor L. Hou, Luke A. Barefoot, and Thomas S. Kessler of Cleary Gottlieb Steen & Hamilton LLP have appeared on behalf of CNO, OEC, and OSA, the Defendants will suffer no prejudice from the withdrawal of Quinn Emanuel.

CNO, OEC, and OSA, as well as Plaintiffs, consent to the relief requested in this motion.

| | |
|---|---|
| DATED:  New York, New York<br>            December 20, 2019 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>/s/ Michael B. Carlinsky<br>Michael B. Carlinsky<br>Jacob J. Waldman<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br><br>--and--<br><br>Michael E. Liftik (*pro hac vice*)<br>Eric C. Lyttle (*pro hac vice*)<br>1300 I Street, Suite 900<br>Washington, D.C. 20005<br>Telephone:  (202) 538-8000<br>michaelliftik@quinnemanuel.com<br>ericlyttle@quinnemanuel.com |