

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed: (1) plaintiffs' letter-motion dated September 1, 2020 (Dkt. No. 114), seeking an order compelling document discovery from defendants; (2) defendants' letter in opposition dated September 4, 2020 (Dkt. No. 115); and (3) plaintiffs' reply letter dated September 9, 2020 (Dkt. No. 116).

**1. October 1 Settlement Conference.**

The Court notes that a settlement conference is currently scheduled for **Thursday, October 1, 2020, at 2:15 p.m**. In light of the ongoing public health emergency, all attendees may participate in the settlement conference telephonically, using the Court's teleconferencing facilities. The parties are directed to call (888) 557-8511, a few minutes before their scheduled time, and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you, by email, on receipt of all parties' confidential settlement letters. The parties are advised that the Court's teleconferencing facilities permit both group conferences and private caucuses with each party or group of parties (and relevant counsel). If, after meeting and conferring among themselves, the parties wish to arrange a different remote technology (*e.g*., videoconferencing), they must request permission to use that technology by letter-motion, no later than **Monday, September 28, 2020**, and be prepared to discuss the capabilities and security features of the proposed technology with the Court's staff. If the parties wish to conduct an in-person settlement conference, in the United

States Courthouse, they must likewise make the request, by letter-motion, at least one week prior to the date of the conference, and be prepared to discuss the number of individuals who will attend and the number of break-out or caucus rooms that the parties anticipate requiring.

The other provisions in the Court's Order Scheduling Settlement Conference dated December 2, 2019 remain in effect, including that the parties each must submit confidential settlement letters **one week prior to the conference**. (*See* Dkt. No. 94.)

2. October 13 Discovery Conference.

If the settlement conference is unsuccessful, the Court will conduct a telephonic discovery conference on **October 13, 2020, at 11:00 a.m.**, to discuss the issues raised in plaintiffs' September 1 letter-motion. At that time, the parties shall call (888) 557-8511 and enter the access code 7746387. No later than **October 11, 2020**, the parties shall file a joint letter, updating the Court as to any developments relevant to the disputed discovery issues.

Dated: New York, New York  
   September 22, 2020

**SO ORDERED**.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**