**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

WASHINGTON, D.C. • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL

THOMAS J. MOLONEY
STEVEN M. LOEB
CRAIG B. BROD
NICOLAS GRABAR
HOWARD S. ZELBO
DAVID E. BRODSKY
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
ANDRES DE LA CRUZ
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
DIANA L. WOLLMAN
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J. RAYMOND
SUNG K. KANG
SANDRA L. FLOW
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN

BREON S. PEACE
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
COLIN D. LLOYD
COREY M. GOODMAN
RISHI ZUTSHI
JANE VANLARE
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOSEPH LANZKRON
MAURICE R. GINDI

KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
RESIDENT PARTNERS

SANDRA M. ROCKS
JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
MARY E. ALCOCK
HEIDE H. ILGENFRITZ
KATHLEEN M. EMBERGER
AVRAM E. LUFT
ANDREW WEAVER
HELENA K. GRANNIS
JOHN V. HARRISON
CAROLINE F. HAYDAY
NEIL R. MARKEL
KENNETH S. BLAZEJEWSKI
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
SUSANNA E. PARKER
DAVID W.S. YUDIN
RESIDENT COUNSEL

LOUISE M. PARENT
OF COUNSEL

D: +1 212-225 2609
vhou@cgsh.com

September 23, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/20

**MEMO ENDORSED**

The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 740
New York, NY 10007-1312

Re: *DoubleLine Capital, LP v. Odebrecht Finance, Ltd.*, No. 17-cv-4576-GHW-BCM

Dear Judge Moses:

We represent CNO S.A., Odebrecht Engenharia E Construção S.A. and Odebrecht S.A. - Em Recuperação Judicial (collectively, the "Defendants" and together with the plaintiffs in the above-captioned action (the "Plaintiffs"), the "Parties") in the above-captioned action. Pursuant to paragraph 2.A of this Court's Individual Rules of Practice ("Individual Practices"), we write to respectfully request that the Court adjourn the settlement conference scheduled for October 1, 2020 for approximately three months, to a date in January 2021.

As your Honor knows from the Parties' prior correspondence to the Court, discovery in this matter is in the early stages. The Parties have exchanged requests for production and are currently in the process of identifying responsive documents for review and production. Given the preliminary nature of the factual record in this Matter, and the Parties' ongoing efforts to develop that record, we believe the Court's participation in settlement discussions would be more effective at a later date.[1]

We have conferred with Plaintiffs, who consent to this request, and all Parties are available on January 19 or 21, 2021, which we understand from our discussions with your

---

[1] The Parties have engaged in preliminary settlement discussions and expect to continue those discussions when and as appropriate in the future.

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.

The Honorable Barbara Moses, p. 2

Chambers may be available on the Court's calendar. This is the first request for an adjournment of the settlement conference. This request would not affect any other deadlines set by the Court.

Respectfully submitted,

*/s/ Victor L. Hou*
Victor L. Hou
(vhou@cgsh.com)
Luke A. Barefoot
(lbarefoot@cgsh.com)
Thomas S. Kessler
(tkessler@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
T: 212-225-2000
F: 212-225-3999

*Attorneys for Defendants CNO S.A., Odebrecht Engenharia E Construção S.A. and Odebrecht S.A. - Em Recuperação Judicial*

Cc: All counsel of record (via ECF)

---

Application GRANTED. The settlement conference currently scheduled for October 1, 2020, at 2:15 p.m. is ADJOURNED to **January 19, 2021, at 2:15 p.m.** The parties' confidential settlement letters, as directed in the Court's December 2, 2019 Order Scheduling Settlement Conference (Dkt. No. 94), shall be submitted no later than January 12, 2021. The other provisions in the December 2, 2019 Order and the Court's Order dated September 22, 2020 (Dkt. No. 117) remain in effect. SO ORDERED.

Barbara Moses, U.S.M.J.
September 24, 2020