USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' proposed stipulated confidentiality agreement and protective order. Prop. Order (Dkt. No. 128.) The Court declines to mandate, on pain of contempt, that "Discovery Material," even if non-confidential, be used solely "for prosecuting, defending or attempting to settle this action." Prop. Order ¶ 1; *see Royal Park Invs. SA/NV v. Deutsche Bank Nat'l Trust Co.*, 192 F. Supp. 3d 400, 406-407 (S.D.N.Y. 2016) (directing the parties to modify their protective order "to permit the use of non-confidential discovery materials for purposes other than 'the prosecution or the defense of this Action'"). The parties may re-file a proposed protective order that does not present the issues raised in paragraph 1.

Dated: New York, New York
       November 13, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**