UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/3/20

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendants' letter-motion dated December 1, 2020 (Dkt. No. 149), seeking an order compelling document discovery from plaintiffs. The Court has also received and reviewed plaintiffs' letter-motion dated December 2, 2020 (Dkt. No. 150), which seeks a "discovery or status conference" but (a) does not request any specific relief, (b) does not quote or attach any disputed discovery requests or responses, and (c) does not certify that the parties met and conferred with respect the matters at issue, as required by § 2(b) of my Individual Practices. Plaintiffs' letter-motion is therefore DENIED.

Plaintiffs' letter in opposition to defendants' December 1 letter-motion shall be filed no later than **December 7, 2020**. Defendants' letter in reply, if any, may be filed no later than **December 9, 2020**. The Court will conduct a telephonic discovery conference on **December 15, 2020, at 11:00 a.m.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 150.

Dated: New York, New York
       December 3, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**