

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

       Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

       Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The telephonic discovery conference previously scheduled for December 15, 2020, at 11:00 a.m. will instead begin at **2:00 p.m.** that same day, **December 15, 2020.** At that time, the parties shall dial (888) 557-8511 and enter the access code 7746387.

Dated: New York, New York
       December 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**