# CLEARY GOTTLIEB STEEN & HAMILTON LLP

WASHINGTON, D.C.
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/21

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 212 225 2884
tkessler@cgsh.com

**MEMO ENDORSED**

Application GRANTED. The settlement conference currently scheduled for January 19, 2021, at 2:15 p.m. is ADJOURNED to **May 18, 2021, at 2:15 p.m.** The parties' confidential settlement letters, as directed in the Court's December 2, 2019 Order Scheduling Settlement Conference (Dkt. No. 94), shall be submitted no later than May 11, 2021. The other provisions in the December 2, 2019 Order and the Court's Order dated September 22, 2020 (Dkt. No. 117) remain in effect. SO ORDERED.

_/s/ Barbara Moses_
Barbara Moses, U.S.M.J.
January 11, 2021

Re: <u>DoubleLine Capital, LP v. CNO S.A.</u>, No. 17-cv-4576-GHW-BCM

Dear Judge Moses:

We represent CNO S.A., Odebrecht Engenharia E Construção S.A. and Odebrecht S.A. - Em Recuperação Judicial (collectively, the "<u>Defendants</u>" and together with the plaintiffs in the above-captioned action (the "<u>Plaintiffs</u>"), the "<u>Parties</u>") in the above-captioned action. Pursuant to paragraph 2.A of this Court's Individual Rules of Practice ("<u>Individual Practices</u>"), we write to respectfully request that the Court adjourn the settlement conference scheduled for January 19, 2021 until after the close of fact discovery, set for May 1, 2021. See ECF No. 88.

As Your Honor knows, discovery remains in the early stages. Given the preliminary nature of the factual record, and the Parties' ongoing efforts to develop the record, we believe the Court's involvement in settlement discussions would be more effective at a later date.[1]

We have conferred with Plaintiffs, who consent to this request, and have sought guidance from Your Honor's Chambers that the Court may be available during the week of May 17, 2021. This is the second request for an adjournment of the settlement conference. This request would not affect any other deadlines set by the Court.

Respectfully Submitted,

_Thomas S. Kessler_

Thomas S. Kessler

Cc: All counsel of record (via ECF)

---

[1] The Parties have engaged in preliminary settlement discussions and expect to continue those discussions when and as appropriate in the future.