

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The discovery conference currently scheduled for January 19, 2021, at 10:00 a.m. is hereby ADJOURNED to **January 25, 2021, at 11:00 a.m.** At that time, the Court will hear argument on plaintiffs' letter-motion dated January 5, 2021 (Dkt. No. 167) and defendants' motion for a protective order dated November 12, 2021 (Dkt. No. 130). The Court will use its videoconferencing technology (Microsoft Teams), for which instructions will follow in a separate order.

Dated: New York, New York
       January 12, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**