```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By letter-motions dated November 12, 2020 (Dkt. No. 129) and January 8, 2021 (Dkt. No. 169), defendants seek to file under seal certain materials filed in connection with their protective order motion, including: (1) their unredacted opening brief and unredacted reply brief; (2) six non-public decisions from the 13th Federal Court of Curitiba in Brazil (the Curitiba Court) issued in a proceeding involving defendants; (3) two related non-public petitions to the Curitiba Court; and (4) a non-public appendix and amendment to the Leniency Agreement between defendants and Brazilian prosecutors submitted to the Curitiba Court. For the reasons set forth in those letter-motions, those motions are GRANTED. Accordingly, Dkt. Nos. 132, 135, 140, 142, 144, 148, and 171 shall remain under seal at their current viewing level ("selected parties"). Plaintiffs' unredacted opposition brief (Dkt. No. 160), which discusses the materials summarized above, shall also remain under seal at its current viewing level ("selected parties").

    The Clerk of Court is respectfully directed to close the letter-motions at Dkt. Nos. 129 and 169.

Dated: New York, New York
      January 26, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**