UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DOUBLELINE CAPITAL LP, et al.,

    Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

    Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated May 3, 2021 (Dkt. No. 186), requesting that the settlement conference scheduled for May 18, 2021 be adjourned. That request is GRANTED. The settlement conference currently scheduled for May 18, 2021 is hereby ADJOURNED to **November 15, 2021, at 2:15 p.m.** The parties' confidential settlement letters, as directed in the Court's December 2, 2019 Order Scheduling Settlement Conference (Dkt. No. 94), shall be submitted no later than November 8, 2021. The other provisions in the December 2, 2019 Order and the Court's Order dated September 22, 2020 (Dkt. No. 117) remain in effect.

    The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 186.

Dated: New York, New York
       May 4, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**