UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



DOUBLELINE CAPITAL LP, et al.

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER REGARDING REDACTION**

**BARBARA MOSES, United States Magistrate Judge.**

    I have filed, under seal, an Opinion and Order (Dkt. No. 190) (1) granting defendants' motion for a protective order with respect to plaintiffs' discovery requests for documents and data from the "Drousys" file system (Dkt. No. 130) and (2) denying as moot plaintiffs' letter-application for what would be a second order compelling defendants to produce documents responsive to plaintiffs' Requests for Production 1, 3, and 4. (Dkt. No. 167.)

    The Opinion and Order is, at present, accessible only to the attorneys appearing for the parties and Court personnel, because it discusses a series of decisions issued by the 13th Federal Court of Curitiba in Brazil (the "Curitiba Court") with regard to the Leniency Agreement between defendants herein and Brazilian prosecutors, which the Curitiba Court authorized Odebrecht to disclose to this Court and to plaintiffs herein only on a "confidential basis," as well as certain related material, all of which was itself filed under seal. (*See* Dkt. Nos. 129, 169, 179.)

    On or before **October 1, 2021**, after meeting and conferring, the parties shall submit (by email) their proposed redactions to the Opinion and Order before it is publicly filed, mindful that such redactions should be minimized, wherever possible, in light of the presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: New York, New York
       September 24, 2021

                                **SO ORDERED.**

                              **BARBARA MOSES**
                              **United States Magistrate Judge**