

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Pursuant to the Order dated September 24, 2021 (Dkt. No. 191), the parties submitted, by email, agreed-upon redactions to the Opinion and Order filed under seal at Dkt. No. 190. The Court will now re-file the Opinion and Order, in public view, with those redactions.

Dated: New York, New York
       October 6, 2021

                      **SO ORDERED.**

                      _____
                      **BARBARA MOSES**
                      **United States Magistrate Judge**