

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

        Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during today's telephonic conference, it is hereby

ORDERED that:

1. Plaintiffs shall file any motion to enforce and/or for sanctions in connection with defendants' failure to comply with orders directing them to produce documents responsive to RFPs 1, 3, and 4 (Dkt. Nos. 122, 127), no later than **November 5, 2021**.

2. Defendants shall file their papers in opposition no later than **November 19, 2021**.

3. Plaintiffs shall file their optional reply papers no later than **November 30, 2021**.

4. If the parties wish to modify the briefing schedule, they may do so (within reason) by stipulation.

Dated: New York, New York
       October 13, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**