UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUBLELINE CAPITAL LP; DOUBLELINE INCOME SOLUTIONS FUND; and DOUBLELINE FUNDS TRUST (on behalf of its: 1) DOUBLELINE CORE FIXED INCOME FUND SERIES; 2) DOUBLELINE EMERGING MARKETS FIXED INCOME FUND SERIES; and 3) DOUBLELINE SHILLER ENHANCED CAPE® SERIES),<br><br>                         Plaintiffs,<br><br>v.<br><br>CONSTRUTORA NORBERTO ODEBRECHT, S.A.; ODEBRECHT ENGENHARIA E CONSTRUCAO S.A.; and ODEBRECHT, S.A.,<br><br>                         Defendants. | No. 1:17-cv-04576-GHW |

**NOTICE OF MOTION AND MOTION FOR RULE 37 SANCTIONS FOR REFUSAL TO COMPLY WITH THE COURT'S OCTOBER 14, 2020 ORDER**

PLEASE TAKE NOTICE that Plaintiffs will move this Court, at the U.S. Courthouse, 500 Pearl Street, Room 740, New York, NY 10007, at a date and time to be determined by this Court, for an order granting Rule 37 sanctions against Defendants for their refusal to comply with the Court's October 14, 2020 Order.  This motion will be based upon the accompanying memorandum of law and the Declaration of Karl P. Barth.


DATED: November 4, 2021.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　　By:　*/s/ Karl P. Barth*
　　　　　　　　　　　　　　　　　　　　　　Steve W. Berman
　　　　　　　　　　　　　　　　　　　　　　Karl P. Barth
　　　　　　　　　　　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　1301 Second Avenue, Suite 2000
　　　　　　　　　　　　　　　　　　　Seattle, WA 98101
　　　　　　　　　　　　　　　　　　　Tel:  (206) 623-7292
　　　　　　　　　　　　　　　　　　　Fax: (206) 623-0594
　　　　　　　　　　　　　　　　　　　steve@hbsslaw.com
　　　　　　　　　　　　　　　　　　　karlb@hbsslaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each other party through the Court's electronic filing service on November 4, 2021, which will send notification of such filing to the e-mail addresses registered.

                                                               */s/ Karl P. Barth*
                                                               Karl P. Barth