UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.

Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

By letter-motion dated November 30, 2021 (Dkt. No. 223), defendants seek to file under seal certain materials filed in connection with their opposition to plaintiff's motion for Rule 37 sanctions, including: (1) their unredacted opposition brief; and (2) the unredacted version of a legal opinion by a Brazilian law firm. Both documents describe and quote from decisions in non-public Brazilian legal proceedings; petitions to Brazilian courts in non-public legal proceedings; and non-public legal opinions concerning foreign law. The Court previously ordered that the same or similar materials be filed under seal in connection with a protective order motion by defendants. (Dkt. No. 179.) For substantially the same reasons, defendants' letter-motion is GRANTED. Accordingly, Dkt. Nos. 225 and 227 shall remain under seal at their current viewing level ("selected parties").

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 223.

Dated: New York, New York
       December 8, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**