# CLEARY GOTTLIEB STEEN & HAMILTON LLP

| | | |
|---|---|---|
| WASHINGTON, D.C. | One Liberty Plaza | MILAN |
| PARIS | New York, NY 10006-1470 | HONG KONG |
| BRUSSELS | T: +1 212 225 2000 | BEIJING |
| LONDON | F: +1 212 225 3999 | BUENOS AIRES |
| FRANKFURT | clearygottlieb.com | SÃO PAULO |
| COLOGNE | | ABU DHABI |
| MOSCOW | D: +1 212 225 2284 | SEOUL |
| ROME | tkessler@cgsh.com | SILICON VALLEY |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/16/2022

March 15, 2022

The Honorable Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: <u>DoubleLine Capital, LP v. CNO S.A.</u>, No. 17-cv-4576-GHW-BCM

Dear Judge Moses:

We represent CNO S.A., Odebrecht Engenharia E Construção S.A. and Odebrecht S.A. - Em Recuperação Judicial (collectively, the "<u>Defendants</u>" and together with the plaintiffs in the above-captioned action (the "<u>Plaintiffs</u>"), the "<u>Parties</u>") in the above-captioned action. Pursuant to paragraph 2.A of this Court's Individual Rules of Practice, we write to respectfully request that the Court adjourn the settlement conference scheduled for March 28, 2022. *See* ECF No. 217. This is the fifth request for an adjournment of the settlement conference.

Given that Your Honor recently extended deadlines related to fact discovery by approximately two months, ECF No. 235, Defendants respectfully request that the Court grant a commensurate adjournment of the settlement conference to allow the conference to occur after the close of fact discovery. Plaintiffs do not oppose this request. The Parties are available at the Court's convenience in May or June.

Respectfully submitted,

/s/ *Thomas S. Kessler*
Thomas S. Kessler

Cc: All counsel of record (via ECF)

---

Application GRANTED. The settlement conference is hereby ADJOURNED to **May 16, 2022, at 2:15 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
March 16, 2022

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the cities listed above.