

T 206.623.7292  F 206.623.0594

Karl P Barth
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9313
karlb@hbsslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2022

April 29, 2022

The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   *DoubleLine Capital, LP v. Odebrecht Finance, Ltd.*, No. 1:17-cv-4576-GHW-BCM

Dear Judge Moses:

We write regarding the Settlement Conference scheduled for May 16, 2022, at 2:15 p.m. Plaintiffs respectfully request that the Settlement Conference be rescheduled.

Plaintiffs have determined that the appropriate person to attend the Settlement Conference on their behalf, pursuant to the requirements set forth in paragraph 1 of the Order Scheduling Settlement Conference, is Earl Lariscy, General Counsel and a member of the Board of Managers of DoubleLine Capital, LP ("DoubleLine"). As such, he meets the Court's requirement of having "responsibility for determining the amount of any ultimate settlement" without seeking authority from someone else within the organization.

Mr. Lariscy is unable to attend the Settlement Conference currently scheduled for May 16, 2022, at 2:15 p.m. because DoubleLine and various public and private funds that it sponsors each have previously scheduled board meetings on May 15-16, 2022, in Florida. Mr. Lariscy's presence is required at these board meetings.[1]

Plaintiffs have contacted chambers to obtain the earliest available date of June 13, 2022, at 2:15 p.m. for possible rescheduling. This date is acceptable to both Plaintiffs and Defendants. Defendants do not contest the proposed rescheduling.

Sincerely,

*Karl Barth*

Karl P. Barth

---

[1] In addition to being an officer and Manager of DoubleLine, Mr. Lariscy is also an officer of certain of these funds.

The Honorable Barbara Moses
April 29, 2022
Page 2

cc:   Steve W. Berman
      Victor Hou (via ECF)
      Luke A. Barefoot (via ECF)
      Thomas Kessler (via ECF)
      Patrick Swiber (via ECF)

---

Application GRANTED. The settlement conference scheduled for May 16, 2022, is hereby ADJOURNED to **June 13, 2022, at 2:30 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 12, 2022