USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DOUBLELINE CAPITAL LP, DOUBLELINE
INCOME SOLUTIONS FUND, and
DOUBLELINE FUNDS TRUST (on behalf of its:
1) DoubleLine Core fixed Income Fund Series; 2)
DoubleLine Emerging Markets Fixed Income Fund
Series; and 3) DoubleLine Shiller Enhanced Cape®
Series),

                                      Plaintiffs,

                -against-

CONSTRUTORA NORBERTO ODEBRECHT,
S.A., ODEBRECHT ENGENHARIA E
CONSTRUÇÃO S.A., and ODEBRECHT, S.A.

                                   Defendants.
-----------------------------------------------------------------X

1:17-cv-4576-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On May 27, 2022, the Court held a conference to discuss Plaintiffs' objections to Magistrate Judge Barbara Moses's September 21, 2022 opinion and order resolving Plaintiffs' motion compel. *See* Dkt. No. 196. For the reasons articulated on the record during that confernece, Plaintiffs' objections are overruled.

If the parties' wish to redact any portion of the transcript of the May 27, 2022 conference, they must file a joint letter no later than June 3, 2022 setting forth the grounds for maintaining those portions of the record under seal. If not letter is received by that date, the transcript in its entirety will be filed on the public docket.

The Clerk of Court is directed to terminate the motions at Dkt. Nos 196 and 197.

SO ORDERED.

Dated: May 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge