

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

        Plaintiffs,

-against-

ODEBRECHT FINANCE, LIMITED, et al.,

        Defendants.

17-CV-4576 (GWH) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    The following information was provided to the parties during the June 13, 2022 conference: beginning well before this action was referred to me, my professionally-managed IRA account held shares in a mutual fund known as the DoubleLine Core Fixed Income Fund (DBLFX). That position, which was disclosed annually in my Financial Disclosure Report, varied in size from year to year, and was liquidated earlier this month. I do not believe my investment in DBLFX constituted a financial interest in any party to this proceeding, nor that it could cause any party to reasonably question my impartiality in this matter, *see, e.g.*, Jud. Conf. of the U.S., Guide to Jud. Policy, Vol. 2B, Advisory Op. No. 106 ("an investment in a fund does not convey an ownership interest in the fund management or investment advisory company"), but nonetheless wished the parties to be aware of these facts.

Dated: New York, New York
       June 16, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**