```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

    Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

    Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Before the Court are two discovery letter-motions (Dkts. 238, 239) in which plaintiffs seek orders compelling defendants to answer certain interrogatories and furnish witnesses to testify about certain topics pursuant to Fed. R. Civ. P. 30(b)(6).

    In light of the Court's Opinion and Order dated July 19, 2022 (Dkt. 261), which directed that certain facts be taken as established for purposes of this action pursuant to Fed. R. Civ. P. 37(b)(2)(A)(i), the letter-motions are DENIED as moot, without prejudice to plaintiffs' right to renew their request for discovery relief as to any of the interrogatories or deposition topics addressed in those letter-motions that plaintiffs believe were *not* mooted by the Opinion and Order. Any such renewed letter-motion shall be filed by **August 3, 2022**.

    The Clerk of Court is respectfully directed to close the letter-motions at Dkts. 238, 239.

Dated: New York, New York
       July 20, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**