UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOUBLELINE CAPITAL LP, et al.,

    Plaintiffs,

-against-

ODEBRECHT FINANCE, LTD., et al.,

    Defendants.

17-CV-4576 (GHW) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2022

**BARBARA MOSES, United States Magistrate Judge.**

    On August 24, 2022, the Court's Pro Se Office received two documents signed by "Jane Doe." In her Notice of Motion (Dkt. 269), she requests "[p]ermission to file under and as Jane Doe and then under seal state the matter of concern," and in her accompanying Declaration (Dkt. 270), she states that "there [are] sufficient reasons that I be consider[ed] as a party and to submit as a Jane Doe."

    Due to the ambiguity and brevity of these papers, the Court is uncertain as to the relief that Ms. Doe proposes to seek if permitted to proceed anonymously and under seal. Nor has she provided sufficient grounds for seeking any relief anonymously or under seal. Accordingly, Ms. Doe's motion (Dkt. 269) is DENIED without prejudice to renewal.

    If Ms. Doe seeks to intervene as a party pursuant to Fed. R. Civ. P. 24, she must file a motion so stating, which sets out the grounds for intervention and is accompanied by a pleading that sets out the claims or defenses for which intervention is sought.

    If Ms. Doe seeks to proceed anonymously, she must file a motion setting out the grounds that would justify her in doing so, *see Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 190 (2d Cir. 2008).

    If Ms. Doe seeks to file all or part of her motion to intervene and/or motion to proceed anonymously under seal, she must file (on the public docket) a motion for leave to do so, setting

out the grounds that would justify a sealing order, in accordance with Moses. Ind. Prac. § 3 and *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006).

Ms. Doe is advised that the staff of the Pro Se Intake Unit (telephone 212-805-0175) may be of assistance to *pro se* litigants in connection with court procedures, but cannot provide legal advice.

Ms. Doe is further advised that there is a free legal clinic, called the NYLAG Legal Clinic for Pro Se Litigants, that provides legal advice to *pro se* litigants with federal civil cases, including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax. The clinic is located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, but it is not part of or run by the Court. To make an appointment for a consultation, a *pro se* party may call (212) 659-6190 or stop by the clinic during office hours (generally from 10:00 a.m. to 4:00 p.m. Monday-Friday, except for federal and court holidays). Please note that a government-issued photo ID is required to enter the building.

Dated: New York, New York  
    August 25, 2022

SO ORDERED.

_____  
**BARBARA MOSES**  
**United States Magistrate Judge**