USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DOUBLELINE CAPITAL LP, *et al.*, :
:
Plaintiffs,  :  1:17-cv-4576-GHW
:
-v - :  ORDER
:
CONSTRUTORA NORBERTO ODEBRECHT, :
S.A., *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As discussed at the April 6, 2023 conference, the deadline for Defendants to file their anticipated *Daubert* motion to exclude the opinions of Plaintiffs' damages expert is **June 5, 2023.** Plaintiffs' opposition is due no later than thirty days following the date of filing and service of Defendants' motion; Defendants' reply, if any, is due no later than thirty days following the filing and service of Plaintiffs' opposition. The Court will take up any applications for motions for summary judgment after the resolution of Defendants' *Daubert* motion.

In addition, as the *Daubert* motion is non-dispositive, the Court will refer it by separate order to the assigned magistrate judge for resolution. *See, e.g., Israel v. Springs Indus., Inc.*, No. 98-cv-5106, 2007 WL 9724896, at *2 (E.D.N.Y. July 30, 2007).

SO ORDERED.

Dated: April 6, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge