UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOUBLELINE CAPITAL LP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ODEBRECHT FINANCE, LTD., et al., <br><br> Defendants. | 17-CV-4576 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On September 7, 2018, Plaintiffs filed the Third Amended Complaint. *See* ECF No. 61. An opinion and order issued September 23, 2019, granted in part and denied in part a motion to dismiss. *See* ECF No. 81. That opinion found that the Third Amended Complaint sufficiently alleges claims under § 10(b) and § 20(a) of the Exchange Act, as well as state law negligent misrepresentation and fraud claims. *See id.* On March 28, 2023, Plaintiffs filed a pre-motion letter regarding a contemplated motion for partial summary judgment for all elements of its § 10(b) claim and state law fraud claim, save loss causation and damages. *See* ECF No. 283. On March 30, 2023, Defendants filed a pre-motion letter regarding a contemplated *Daubert* motion and a related motion for summary judgment "on Plaintiffs' claims," in light of the lack of admissible testimony regarding loss causation and damages. *See* ECF No. 285. An order issued on April 6, 2023, stated that any motions for summary judgment would be adjudicated following resolution of Defendants' *Daubert* motion. *See* ECF No. 288. An order issued March 14, 2024, by Magistrate Judge Barbara Moses denied Defendants' *Daubert* motion. *See* ECF No. 298.

It is hereby **ORDERED** that the parties shall meet and confer regarding next steps in this litigation and file a joint status letter by **March 29, 2024.** Such letter shall state whether the parties request a referral for settlement discussions or would like to retain a third-party mediator.

The letter shall also state whether any party would still like to file a motion for summary judgment in light of Judge Moses' opinion and, if so, on which claim(s) or issue(s) they wish to move. The letter shall propose a briefing schedule for any such motions, as appropriate.

    SO ORDERED.

Dated: March 15, 2024
       New York, New York

                                              DALE E. HO
                                      United States District Judge