UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DoubleLine Capital LP et al.,

                            Plaintiff(s),

                    v.                                        17-CV-4576 (DEH)

Odebrecht Finance, Ltd et al.,                                ORDER

                            Defendant(s).

DALE E. HO, United States District Judge:

By **January 8, 2026**, Plaintiff shall file a letter clarifying whether Plaintiff requests a jury

for the trial currently set for January 26, 2026.

SO ORDERED.

Dated:  January 7, 2026
        New York, New York

                                                    _____
                                                            DALE E. HO
                                                    United States District Judge