UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DOUBLELINE CAPITAL LP; DOUBLELINE INCOME SOLUTIONS FUND; and DOUBLELINE FUNDS TRUST (on behalf of its: 1) DOUBLELINE CORE FIXED INCOME FUND SERIES; 2) DOUBLELINE EMERGING MARKETS FIXED INCOME FUND SERIES; and 3) DOUBLELINE SHILLER ENHANCED CAPE® SERIES), | No. 1:17-cv-04576-DEH-BCM |
| Plaintiffs, | |
| v. | |
| CONSTRUTORA NORBERTO ODEBRECHT, S.A.; ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A.; and ODEBRECHT, S.A., | |
| Defendants. | |

**STIPULATED ORDER AND FINAL JUDGMENT**

This Stipulated Judgment (the "Judgment") is entered into by and between Plaintiffs

DoubleLine Capital LP, et al. ("Plaintiffs") and Defendants Odebrecht S.A. – Em Recuperação

Judicial, Construtora Norberto Odebrecht, S.A. – Em Recuperação Judicial, and Odebrecht

Engenharia E Construção S.A. – Em Recuperação Judicial  (collectively, "Defendants" and

together with Plaintiffs, the "Parties"), and is submitted for entry as a final judgment of this

Court.

**RECITALS**

WHEREAS, Plaintiffs asserted claims in connection with Plaintiffs' purchases of bonds

issued by an affiliate of the Defendants;

WHEREAS, the Parties intend that this Judgment constitute a final money judgment to

resolve all of Plaintiffs' claims in this action;

- 1 -

WHEREAS, the Parties agree that this Judgment shall not be construed or used as a waiver of the any Party's right, or any other entity's right, to defend itself from, or make any arguments in, any other regulatory, governmental, private individual, or class claims or suits relating to the subject matter or terms of this Judgment; and

WHEREAS, the Parties agree that this Judgment and Defendants' entry into such Judgment shall not be given preclusive effect under the doctrines of res judicata or collateral estoppel in any other proceeding, no party may invoke this Judgment or any findings herein as having preclusive effect in any other litigation, and this Judgment shall not be binding on Defendants' in any respect other than in connection with the enforcement of this Judgment.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

## I.    ENTRY OF FINAL MONEY JUDGMENT

Judgment is entered in favor of Plaintiffs and against Defendants jointly and severally, in the amount of SEVENTEEN MILLION THREE HUNDRED SEVEN THOUSAND U.S. DOLLARS (USD $17,307,000) (the "Judgment Amount").

[The Judgment Amount constitutes a civil commercial obligation, is compensatory in nature, and does not constitute a penalty, fine, forfeiture, or sanction.]

## II.    INTEREST

Post-judgment interest shall accrue on any unpaid portion of the Judgment Amount at the rate provided by 28 U.S.C. § 1961, or at the maximum lawful rate permitted in the enforcing jurisdiction, to the extent enforceable.

## III.    FINALITY; NO APPEAL; NO STAY

Defendants waive any right to appeal, seek reconsideration of, or obtain a stay of this Judgment.

This Judgment is final, conclusive, and immediately enforceable.

- 2 -

## IV. GOVERNING LAW

This Judgment shall be governed by and construed in accordance with the laws of the State of New York, excluding conflict-of-laws principles.

## V. RETENTION OF JURISDICTION

This Court retains jurisdiction to interpret, clarify, and enforce this Judgment.

## VI. COUNTERPARTS AND ELECTRONIC SIGNATURES

This Judgment may be executed in counterparts and by electronic signature, each of which shall be deemed an original.

SO STIPULATED AND AGREED:

DOUBLELINE CAPITAL LP, et al.

By: _____

Name: Earl Lariscy

Title: Authorized Signer

Date: 01/05/2026

ODEBRECHT S.A.

By: BRUNO MATOS DE FREITAS GODOY:12546172727    Digitally signed by BRUNO MATOS DE FREITAS GODOY:12546172727
Date: 2026.01.06 13:55:45 -03'00'

Name: Bruno Matos de Freitas Godoy

Title: Attorney-in-fact

Date: 01/06/2026

- 4 -

CONSTRUTORA NORBERTO ODEBRECHT, S.A.

By: _____

Name:  Eduardo Del Peloso Neto

Title:    Attorney-in-fact

Date:    01/06/2026


ODEBRECHT ENGENHARIA E CONSTRUÇÃO S.A.

By: _____

Name:  Eduardo Del Peloso Neto

Title:    Attorney-in-fact

Date:    01/06/2026

Docusign Envelope ID: BB4E1FA3-64B8-434E-B98A-2A08C5CA9487

- 5 -

**ORDER**

**It is so Ordered.**

Dated: January 8, 2026
New York, New York



_____
The Honorable Dale E. Ho,
United States District Judge


In light of this stipulation, any pending motions are moot.  Trial and all conferences are canceled.  The Clerk of Court is respectfully directed to close the case.